LUCY M. KEIMIG AND ALFRED J. KEIMIG, PLAINTIFFS, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT, A CORPORATION, DEFENDANT.

Submitted October term, 1929—Decided March 3, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *Henry H. Fryling* and *William F. Vosseller*.

*Contra, Francis A. Gordon.*

PER CURIAM.

The plaintiffs, husband and wife, were passengers in a bus of the defendant on May 23d, 1927, when it collided with a pole at the corner of Monmouth road and Magie street, in Elizabeth.

Both plaintiffs were injured. The husband has a verdict for $500 and the wife for $5,000. These we are asked to set aside because, it is urged, they are excessive. By our examination of the proofs we are satisfied that this contention has not been made out.

The rule will therefore be discharged.